

In The
# Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-22-00224-CV

IN THE ESTATE OF WILLIAM LOUIS SUROVIK, JR., DECEASED

On Appeal from the 335th District Court
Burleson County, Texas
Trial Court No. 28,825, Honorable Carson Campbell, Presiding

November 21, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Richard Surovik, appeals from the trial court's *Order Authorizing Partial Distribution*.[1]  Appellant's brief was due October 19, 2022, but was not filed.  By letter of October 27, 2022, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by November 7.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss the appeal for want of prosecution.[2]  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam

---

[2] The appeal is also dismissed for Appellant's failure to pay the requisite filing fee.  By letter of October 25, 2022, we notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs, failure to pay the filing fee by November 7 would result in dismissal of the appeal. To date, Appellant has not paid the filing fee nor sought leave to proceed without payment of court costs. *See* TEX. R. APP. P. 20.1, 25.1(b), 42.3(c).